JS 44C/SDNY
REV. 10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
JONATHAN BLUM

**DEFENDANTS**
ANAVEX LIFE SCIENCES CORPORATION
and CHRISTOPHER U. MISSLING

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Adam M. Apton
Levi & Korsinsky, LLP
33 Whitehall Street, 17th Floor, New York, NY 10004, Tel: (212) 363-7500

**ATTORNEYS (IF KNOWN)**

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. §§ 78j(b) and 78t(a); 17 C.F.R. §240.10b-5, Violations of the Exchange Act

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [✓] Yes [ ]    Judge Previously Assigned

If yes, was this case  Vol. [ ]  Invol. [ ]   Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No [x]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)           **NATURE OF SUIT**

                                  **TORTS**                                                                    **ACTIONS UNDER STATUTES**

**CONTRACT**              **PERSONAL INJURY**       **PERSONAL INJURY/**        **FORFEITURE/PENALTY**    **BANKRUPTCY**           **OTHER STATUTES**
                                                    [ ] 367 HEALTHCARE/
                                                    PHARMACEUTICAL PERSONAL
[ ] 110  INSURANCE        [ ] 310 AIRPLANE          INJURY/PRODUCT LIABILITY    [ ] 625 DRUG RELATED      [ ] 422 APPEAL            [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT  [ ] 365 PERSONAL INJURY         SEIZURE OF PROPERTY       28 USC 158            [ ] 376 QUI TAM
[ ] 130  MILLER ACT            LIABILITY                PRODUCT LIABILITY         21 USC 881              [ ] 423 WITHDRAWAL        [ ] 400 STATE
[ ] 140  NEGOTIABLE       [ ] 320 ASSAULT, LIBEL &  [ ] 368 ASBESTOS PERSONAL   [ ] 690 OTHER                 28 USC 157                   REAPPORTIONMENT
         INSTRUMENT             SLANDER                 INJURY PRODUCT                                                                [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL               LIABILITY                                                                     [ ] 430 BANKS & BANKING
         OVERPAYMENT &          EMPLOYERS'                                                                **PROPERTY RIGHTS**         [ ] 450 COMMERCE
         ENFORCEMENT            LIABILITY           **PERSONAL PROPERTY**                                                             [ ] 460 DEPORTATION
         OF JUDGMENT      [ ] 340 MARINE                                                                  [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT    [ ] 370 OTHER FRAUD                                   [ ] 830 PATENT                      ENCED & CORRUPT
[ ] 152  RECOVERY OF            LIABILITY           [ ] 371 TRUTH IN LENDING                              [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION        ORGANIZATION ACT
         DEFAULTED        [ ] 350 MOTOR VEHICLE                                                           [ ] 840 TRADEMARK                   (RICO)
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE                                                                                       [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)        PRODUCT LIABILITY                                                         **SOCIAL SECURITY**         [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL      **LABOR**                                                    PROTECTION ACT
         OVERPAYMENT            INJURY                  PROPERTY DAMAGE                                   [ ] 861 HIA (1395ff)
         OF VETERAN'S     [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)
         BENEFITS               MED MALPRACTICE         PRODUCT LIABILITY            STANDARDS ACT        [ ] 863 DIWC/DIWW (405(g))  [ ] 490 CABLE/SATELLITE TV
[ ] 160  STOCKHOLDERS                                                           [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI      [x] 850 SECURITIES/
         SUITS                                      **PRISONER PETITIONS**           RELATIONS            [ ] 865 RSI (405(g))                COMMODITIES/
[ ] 190  OTHER                                      [ ] 463 ALIEN DETAINEE      [ ] 740 RAILWAY LABOR ACT                                     EXCHANGE
         CONTRACT                                   [ ] 510 MOTIONS TO          [ ] 751 FAMILY MEDICAL    **FEDERAL TAX SUITS**       [ ] 890 OTHER STATUTORY
[ ] 195  CONTRACT                                       VACATE SENTENCE             LEAVE ACT (FMLA)                                          ACTIONS
         PRODUCT                                        28 USC 2255                                       [ ] 870 TAXES (U.S. Plaintiff or  [ ] 891 AGRICULTURAL ACTS
         LIABILITY                                  [ ] 530 HABEAS CORPUS       [ ] 790 OTHER LABOR            Defendant)             [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE        **ACTIONS UNDER STATUTES** [ ] 535 DEATH PENALTY          LITIGATION            [ ] 871 IRS-THIRD PARTY             MATTERS
                                                    [ ] 540 MANDAMUS & OTHER    [ ] 791 EMPL RET INC          26 USC 7609            [ ] 895 FREEDOM OF
                          **CIVIL RIGHTS**                                          SECURITY ACT (ERISA)                                     INFORMATION ACT
**REAL PROPERTY**                                                                                                                     [ ] 896 ARBITRATION
                          [ ] 440 OTHER CIVIL RIGHTS                                                                                  [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                   (Non-Prisoner)                                  **IMMIGRATION**                                              PROCEDURE ACT/REVIEW OR
         CONDEMNATION     [ ] 441 VOTING            **PRISONER CIVIL RIGHTS**                                                                APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE      [ ] 442 EMPLOYMENT                                    [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &     [ ] 443 HOUSING/          [ ] 550 CIVIL RIGHTS            APPLICATION
         EJECTMENT              ACCOMMODATIONS      [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                             [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND    [ ] 445 AMERICANS WITH    [ ] 560 CIVIL DETAINEE          ACTIONS                                                  STATE STATUTES
[ ] 245  TORT PRODUCT           DISABILITIES -          CONDITIONS OF CONFINEMENT
         LIABILITY              EMPLOYMENT
[ ] 290  ALL OTHER        [ ] 446 AMERICANS WITH
         REAL PROPERTY         DISABILITIES -OTHER
                          [ ] 448 EDUCATION

Check if demanded in complaint:

[✓] CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____    OTHER _____      JUDGE _____  DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:  [x] YES  [ ] NO          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)   **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

JONATHAN BLUM
Woodbury County, Iowa

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

ANAVEX LIFE SCIENCES CORPORATION and CHRISTOPHER U. MISSLING
630 5th Avenue, 20th Floor
New York, New York 10111
New York County, New York

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [x] MANHATTAN

DATE 3/13/2024   /s/ Adam M. Apton
SIGNATURE OF ATTORNEY OF RECORD
ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 2 Yr. 2010)
Attorney Bar Code # AA8383

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)