Jonathan Blum, et. al., Plaintiff(s)
vs.
Anavex Life Sciences Corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 166788-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Anavex Life Sciences Corp., c/o CT Corporation System
Court Case No. 1:24-cv-01910

LEVI & KORSINSKY LLP
Mr. Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004

State of: Nevada ) ss.
County of: Washoe )

**Name of Server:** Sam Curl, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 18th day of March, 20 24, at 2:54 o'clock P M

**Place of Service:** at 701 S Carson Street, Suite 200, in Carson City, NV 89701

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint for Violations of Federal Securities Laws
Order Scheduling an Initial Pretrial Conference

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Anavex Life Sciences Corp., c/o CT Corporation System

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ana Gomes - Clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color D.Brown ; Facial Hair 0
Approx. Age 40's ; Approx. Height 5'8" ; Approx. Weight 170

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 26th day of March, 2024

Notary Public                3/14/27
                             (Commission Expires)

MELAINE MASON
Notary Public-State of Nevada
Appointment No. 23-6646-03
My Appointment Expires March 14, 2027