Jonathan Blum, et. al., Plaintiff(s)
vs.
Anavex Life Sciences Corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 166788-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Christopher U. Missling, c/o Anavex Life Sciences Corporation c/o CT Corporation System
Court Case No. 1:24-cv-01910

LEVI & KORSINSKY LLP
Mr. Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004

State of: Nevada ) ss.
County of: Washoe )
Name of Server: **Sam Curl**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 18th day of March, 20 24, at 2:54 o'clock P M

Place of Service: at 701 S Carson Street, Suite 200, in Carson City, NV 89701

Documents Served: the undersigned served the documents described as:
Summons and Complaint for Violations of Federal Securities Laws
Order Scheduling an Initial Pretrial Conference

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Christopher U. Missling, c/o Anavex Life Sciences Corporation c/o CT Corporation System
By delivering them into the hands of an officer or managing agent whose name and title is: Ana Gomes

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color D.Brown ; Facial Hair 0
Approx. Age 40's ; Approx. Height 5'8" ; Approx. Weight 170

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 26th day of March, 2024
Notary Public     3/14/27 (Commission Expires)

APS International, Ltd.

MELAINE MASON
Notary Public-State of Nevada
Appointment No. 23-6646-03
My Appointment Expires March 14, 2027