Case 1:24-cv-01910-CM Document 11 Filed 04/08/24 Page 1 of 1

K&L GATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2024

MEMO ENDORSED

April 8, 2024

Theodore L. Kornobis
ted.kornobis@klgates.com

T +1 202 778 9180
F +1 202 778 9100

Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

4/8/2024
No deadline on the docket should be there. File your lead counsel motions on Day 61. We will then follow the schedule I set (not any schedule you stipulate) for the filing of a consolidated complaint followed by the briefing of motion to dismiss.

**Re:** ***Blum v. Anavex Life Sciences Corp.*, No. 1:24-cv-1910-CM**

Dear Judge McMahon:

We represent Defendants Anavex Life Sciences Corporation and Christopher Missling ("Defendants") in the above-captioned matter. We have conferred with counsel for Plaintiff and write to request a stay of the deadline to respond to the currently operative complaint pending resolution of the lead plaintiff process pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Plaintiff consents to this request.

We observe that section IV.M of Your Honor's Individual Practices and Procedures provides that, in cases subject to the PSLRA, the Court shall set a schedule for filing a consolidated amended complaint and briefing motions to dismiss after selection of a lead plaintiff. In the meantime, however, there are deadlines on the docket for Defendants to respond to the currently operative complaint. Consistent with the apparent intent of the Court's Individual Practices and to promote efficiency in light of the required lead plaintiff process, the parties propose that deadlines to respond to the current complaint be stayed pending selection of a lead plaintiff and the filing of a consolidated amended complaint (or notification that the lead plaintiff wishes to proceed under the currently operative complaint).

Thank you for your consideration.

Sincerely,

/s/ Theodore L. Kornobis

Theodore L. Kornobis

cc: Adam M. Apton, Levi & Korsinksy LLP
Stephen G. Topetzes, K&L Gates LLP

/s/ Colleen McMahon