UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BLUM, Individually and on behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>ANAVEX LIFE SCIENCES CORPORATION and CHRISTOPHER U. MISSLING,<br><br>  Defendants. | Case No.: 1:24-cv-01910-CM<br><br>Hon. Colleen McMahon |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF QUINTESSA HUEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Quintessa Huey ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant attesting to her transactions of Anavex Life Sciences Corporation ("Anavex" or the "Company") stock and the assignments of claims to Movant from her family members;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Anavex stock;

**Exhibit C**: Press Release published March 13, 2024, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Blum v. Anavex Life Sciences Corporation, et. al.,* Case No. 1:24-cv-01910-CM;

**Exhibit D**: Declaration signed by Movant in support of her lead plaintiff motion; and

**Exhibit E**: Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 13, 2024                                Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Quintessa Huey and*
*[Proposed] Lead Counsel for the Class*