# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Quintessa Huey, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action and adopt its allegations.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Anavex Life Sciences Corp. which are the subject of this litigation, during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor has it served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2024.

*Quintessa Huey*
Quintessa Huey (May 13, 2024 08:38 PDT)
Quintessa Huey

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 1**

**Client Name**

Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 11-20-2023 | P | 190 | $ 06.9990 |
| 11-20-2023 | P | 352 | $ 07.0000 |
| 11-20-2023 | P | 600 | $ 06.9900 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 2**

**Client Name**

Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 10-17-2023 | P | 2 | $ 06.0099 |
| 12-19-2023 | S | -2 | $ 09.9640 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 3**

**Client Name**

Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 04-10-2023 | P | 645 | $ 07.7500 |
| 06-09-2023 | S | -322 | $ 09.6515 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 4**

**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-05-2022 | P | 3386 | $ 11.0400 |
| 12-06-2022 | P | 10 | $ 08.5400 |
| 05-08-2023 | P | 1212 | $ 08.2500 |
| 10-20-2023 | P | 1611 | $ 05.1800 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

Account 5
**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-20-2023 | P | 2000 | $ 07.9950 |
| 10-12-2023 | P | 10 | $ 05.9200 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

Account 6
**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-08-2023 | P | 727 | $ 08.2500 |
| 06-09-2023 | S | -727 | $ 09.6300 |
| 06-28-2023 | P | 2500 | $ 08.0000 |
| 10-12-2023 | P | 2547 | $ 05.9200 |
| 11-20-2023 | P | 22 | $ 06.9450 |
| 11-20-2023 | P | 244 | $ 06.9600 |
| 11-20-2023 | P | 300 | $ 06.9590 |
| 11-20-2023 | P | 600 | $ 06.9592 |
| 12-08-2023 | R | 16 | $ 00.0000 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

| Account 7 | |
|---|---|
| **Client Name** | |
| Quintessa Huey | |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-08-2023 | P | 64 | $ 08.2500 |
| 06-09-2023 | S | -64 | $ 09.6400 |
| 10-12-2023 | P | 105 | $ 05.9200 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

| Account 8 | |
|---|---|
| **Client Name** | |
| Quintessa Huey | |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-21-2023 | P | 84 | $ 10.0000 |
| 06-09-2023 | S | -84 | $ 09.6723 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

| Account 9 | |
|---|---|
| **Client Name** | |
| Quintessa Huey | |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-08-2023 | P | 269 | $ 08.2500 |
| 06-09-2023 | S | -269 | $ 09.6800 |
| 06-28-2023 | P | 1500 | $ 08.0000 |
| 10-03-2023 | S | -1500 | $ 06.1400 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

| Account 10 | |
|---|---|
| **Client Name** | |
| Quintessa Huey | |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-30-2023 | P | 727 | $ 08.2500 |
| 05-08-2023 | P | 612 | $ 08.2500 |
| 06-09-2023 | S | -612 | $ 09.6300 |
| 06-16-2023 | P | 668 | $ 08.8300 |
| 07-20-2023 | P | 10 | $ 07.9999 |
| 10-12-2023 | P | 9 | $ 05.9200 |
| 11-21-2023 | P | 854 | $ 06.9500 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 11**
**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-01-2022 | P | 400 | $ 08.8690 |
| 12-01-2022 | P | 1650 | $ 08.8700 |
| 05-08-2023 | P | 3300 | $ 08.2500 |
| 06-09-2023 | S | -5350 | $ 09.6300 |
| 06-28-2023 | P | 7162 | $ 08.0000 |
| 07-20-2023 | P | 14 | $ 08.0000 |
| 09-18-2023 | P | 340 | $ 07.5100 |
| 10-12-2023 | P | 2 | $ 05.9200 |
| 11-21-2023 | P | 400 | $ 06.9500 |
| 12-08-2023 | P | 1 | $ 07.9600 |
| 12-28-2023 | S | -1 | $ 10.0000 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 12**
**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-01-2022 | P | 60 | $ 12.8300 |
| 02-10-2022 | P | 500 | $ 11.5000 |
| 02-10-2022 | S | -560 | $ 13.0000 |
| 12-01-2022 | P | 158 | $ 08.8496 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-30-2023 | P | 112 | $ 08.2700 |
| 06-09-2023 | S | -270 | $ 09.6369 |
| 07-06-2023 | P | 340 | $ 07.8000 |
| 09-14-2023 | P | 1397 | $ 07.6000 |
| 10-12-2023 | P | 744 | $ 05.9200 |
| 11-20-2023 | P | 1142 | $ 06.9272 |
| 11-20-2023 | P | 267 | $ 06.9300 |
| 11-20-2023 | P | 800 | $ 06.9400 |
| 11-20-2023 | P | 2933 | $ 06.9450 |
| 11-20-2023 | P | 1 | $ 06.9060 |
| 11-20-2023 | P | 30 | $ 06.9000 |
| 11-20-2023 | P | 299 | $ 06.9070 |
| 11-20-2023 | P | 1212 | $ 06.9100 |
| 11-20-2023 | P | 3458 | $ 06.9200 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

Account 13
**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 07-20-2023 | P | 726 | $ 08.0000 |
| 07-20-2023 | P | 1274 | $ 08.0000 |
| 10-12-2023 | P | 9 | $ 05.9200 |

| | |
|---|---|
| Case Name | Anavex Life Sciences Corporation |
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

Account 14
**Client Name**
Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-08-2023 | P | 737 | $ 08.2500 |
| 06-09-2023 | S | -737 | $ 09.7000 |
| 06-28-2023 | P | 1250 | $ 08.0000 |
| 10-12-2023 | P | 163 | $ 05.9200 |
| 11-20-2023 | P | 474 | $ 06.9500 |
| 12-08-2023 | P | 14 | $ 07.9600 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 15**

**Client Name**

Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-08-2023 | P | 12 | $ 08.2500 |
| 06-09-2023 | S | -12 | $ 09.6700 |
| 08-24-2023 | P | 750 | $ 08.0000 |
| 10-12-2023 | P | 372 | $ 05.9200 |
| 11-20-2023 | P | 1076 | $ 06.9800 |

| Case Name | Anavex Life Sciences Corporation |
|---|---|
| Ticker | AVXL |
| Class Period | 02-01-2022 to 01-01-2024 |

**Account 16**

**Client Name**

Quintessa Huey

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-10-2023 | P | 600 | $ 08.5899 |
| 03-10-2023 | P | 600 | $ 08.5801 |
| 03-10-2023 | P | 4600 | $ 08.5850 |
| 05-08-2023 | P | 6060 | $ 08.2500 |
| 07-20-2023 | P | 3518 | $ 08.0000 |
| 09-19-2023 | P | 721 | $ 07.0000 |
| 10-12-2023 | P | 2563 | $ 05.9200 |
| 11-20-2023 | P | 76 | $ 06.9598 |
| 11-20-2023 | P | 514 | $ 06.9600 |

## ASSIGNMENT

I, Caryn Fong, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Quintessa Huey, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Anavex Life Sciences Corporation (AVXL). Further, the Assignor hereby appoints Quintessa Huey as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Quintessa Huey agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Quintessa Huey.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 11th day of May, 2024.

DocuSigned by:

*Caryn Fong*

34FB43637301464...

Caryn Fong

# ASSIGNMENT

I, Holly Huey, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Quintessa Huey, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Anavex Life Sciences Corporation (AVXL). Further, the Assignor hereby appoints Quintessa Huey as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Quintessa Huey agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Quintessa Huey.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 11th day of May, 2024.

DocuSigned by:
*Huey*
E7866C8BA6544AA...

Holly Huey

# ASSIGNMENT

I, Terra Huey, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Quintessa Huey, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Anavex Life Sciences Corporation (AVXL). Further, the Assignor hereby appoints Quintessa Huey as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Quintessa Huey agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Quintessa Huey.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 11th day of May, 2024.

DocuSigned by:

*Terra Huey*
4BE33A57777444C...

Terra Huey

## ASSIGNMENT

I, Indiana Huey, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Quintessa Huey, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Anavex Life Sciences Corporation (AVXL). Further, the Assignor hereby appoints Quintessa Huey as his true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Quintessa Huey agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Quintessa Huey.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 11th day of May, 2024.

DocuSigned by:

*Indiana Huey*
6F324BF7141A43E...

Indiana Huey