# EXHIBIT B

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $1,078.71 |
| **DURA LIFO* Total** | $1,078.71 |
| ***DURALIFO** Total*** | $1,078.71 |
| **Gross Shares Purchased** | 1,142 |
| **Net Shares Retained** | 1,142 |
| **Net Funds Expended** | $7,987.81 |

| **Quintessa Huey - Account 1** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 11-20-2023 | 190 | 6.999 | $ 1,329.81 | 01-02-2024 | | 190 | $ 06.05 | | $ 1,149.50 | 190 | - | $ 05.63 | | $ 180.31 | $ 180.31 | $ 180.31 |
| 11-20-2023 | 352 | 7 | $ 2,464.00 | 01-02-2024 | | 352 | $ 06.05 | | $ 2,129.60 | 352 | - | $ 05.63 | | $ 334.40 | $ 334.40 | $ 334.40 |
| 11-20-2023 | 600 | 6.99 | $ 4,194.00 | 01-02-2024 | | 600 | $ 06.05 | | $ 3,630.00 | 600 | - | $ 05.63 | | $ 564.00 | $ 564.00 | $ 564.00 |
| **Total:** | **1,142** | | **$7,987.81** | | | **1142** | | | **$6,909.10** | **1,142** | | | | **$1,078.71** | **$1,078.71** | **$1,078.71** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | ($7.91) |
| **DURA LIFO* Total** | ($7.91) |
| ***DURALIFO** Total*** | $0.00 |
| **Gross Shares Purchased** | 2 |
| **Net Shares Retained** | 0 |
| **Net Funds Expended** | ($7.91) |

| **Quintessa Huey - Account 2** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 10-17-2023 | 2 | 6.0099 | $ 12.02 | 12-19-2023 | 2 | | $ 09.96 | $ 19.93 | - | - | - | $ 05.63 | | -$ 07.91 | -$ 07.91 | - |
| **Total:** | **2** | | **$12.02** | | **2** | | | **$19.93** | | | | | | **($7.91)** | **($7.91)** | |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $72.90 |
| **DURA LIFO* Total** | $72.90 |
| ***DURALIFO** Total*** | $685.18 |
| **Gross Shares Purchased** | 645 |
| **Net Shares Retained** | 323 |
| **Net Funds Expended** | $1,890.97 |

| **Quintessa Huey - Account 3** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 04-10-2023 | 322 | 7.75 | $ 2,495.50 | 06-09-2023 | 322 | | $ 09.65 | $ 3,107.78 | - | - | - | $ 05.63 | | -$ 612.28 | -$ 612.28 | - |
| 04-10-2023 | 323 | 7.75 | $ 2,503.25 | | | | | | - | 323 | 323 | $ 05.63 | $ 1,818.07 | $ 685.18 | $ 685.18 | $ 685.18 |
| **Total:** | **645** | | **$4,998.75** | | **322** | | | **$3,107.78** | | **323** | **323** | | **$1,818.07** | **$72.90** | **$72.90** | **$685.18** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $20,806.01 |
| **DURA LIFO* Total** | $20,806.01 |
| ***DURALIFO** Total*** | $20,806.01 |
| **Gross Shares Purchased** | 6,219 |
| **Net Shares Retained** | 6,219 |
| **Net Funds Expended** | $55,810.82 |

| **Quintessa Huey - Account 4** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 07-05-2022 | 3386 | 11.04 | $ 37,381.44 | | | | | | - | 3386 | 3386 | $ 05.63 | $ 19,058.74 | $ 18,322.70 | $ 18,322.70 | $ 18,322.70 |
| 12-06-2022 | 10 | 8.54 | $ 85.40 | | | | | | - | 10 | 10 | $ 05.63 | $ 56.29 | $ 29.11 | $ 29.11 | $ 29.11 |
| 05-08-2023 | 1212 | 8.25 | $ 9,999.00 | | | | | | - | 1212 | 1212 | $ 05.63 | $ 6,821.97 | $ 3,177.03 | $ 3,177.03 | $ 3,177.03 |
| 10-20-2023 | 1611 | 5.18 | $ 8,344.98 | | | | | | - | 1611 | 1611 | $ 05.63 | $ 9,067.82 | -$ 722.84 | -$ 722.84 | -$ 722.84 |
| **Total:** | **6,219** | | **$55,810.82** | | | | | | | **6,219** | **6,219** | | **$35,004.81** | **$20,806.01** | **$20,806.01** | **$20,806.01** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $4,735.54 |
| **DURA LIFO* Total** | $4,735.54 |
| ***DURALIFO** Total*** | $4,735.54 |
| **Gross Shares Purchased** | 2,010 |
| **Net Shares Retained** | 2,010 |
| **Net Funds Expended** | $16,049.20 |

**Quintessa Huey - Account 5**

| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 07-20-2023 | 2000 | 7.995 | $ 15,990.00 | | | | | | - | 2000 | 2000 | $ 05.63 | $ 11,257.38 | $ 4,732.62 | $ 4,732.62 | $ 4,732.62 |
| 10-12-2023 | 10 | 5.92 | $ 59.20 | | | | | | - | 10 | 10 | $ 05.63 | $ 56.29 | $ 02.91 | $ 02.91 | $ 02.91 |
| **Total:** | **2,010** | | **$16,049.20** | | | | | | | **2,010** | **2,010** | | **$11,313.66** | **$4,735.54** | **$4,735.54** | **$4,735.54** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $7,128.13 |
| **DURA LIFO* Total** | $7,128.13 |
| ***DURALIFO** Total*** | $8,131.39 |
| **Gross Shares Purchased** | 6,956 |
| **Net Shares Retained** | 6,229 |
| **Net Funds Expended** | $42,189.23 |

**Quintessa Huey - Account 6**

| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 05-08-2023 | 727 | 8.25 | $ 5,997.75 | 06-09-2023 | 727 | | $ 09.63 | $ 7,001.01 | - | - | - | $ 05.63 | | -$ 1,003.26 | -$ 1,003.26 | - |
| 06-28-2023 | 2500 | 8 | $ 20,000.00 | | | | | | - | 2500 | 2500 | $ 05.63 | $ 14,071.72 | $ 5,928.28 | $ 5,928.28 | $ 5,928.28 |
| 10-12-2023 | 2547 | 5.92 | $ 15,078.24 | | | | | | - | 2547 | 2547 | $ 05.63 | $ 14,336.27 | $ 741.97 | $ 741.97 | $ 741.97 |
| 11-20-2023 | 22 | 6.945 | $ 152.79 | | | | | | - | 22 | 22 | $ 05.63 | $ 123.83 | $ 28.96 | $ 28.96 | $ 28.96 |
| 11-20-2023 | 244 | 6.96 | $ 1,698.24 | | | | | | - | 244 | 244 | $ 05.63 | $ 1,373.40 | $ 324.84 | $ 324.84 | $ 324.84 |
| 11-20-2023 | 300 | 6.959 | $ 2,087.70 | | | | | | - | 300 | 300 | $ 05.63 | $ 1,688.61 | $ 399.09 | $ 399.09 | $ 399.09 |
| 11-20-2023 | 600 | 6.9592 | $ 4,175.52 | | | | | | - | 600 | 600 | $ 05.63 | $ 3,377.21 | $ 798.31 | $ 798.31 | $ 798.31 |
| 12-08-2023 | 16 | | | | | | | | - | 16 | 16 | $ 05.63 | $ 90.06 | -$ 90.06 | -$ 90.06 | -$ 90.06 |
| **Total:** | **6,956** | | **$49,190.24** | | **727** | | | **$7,001.01** | | **6,229** | **6,229** | | **$35,061.10** | **$7,128.13** | **$7,128.13** | **$8,131.39** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | ($58.37) |
| **DURA LIFO* Total** | ($58.37) |
| ***DURALIFO** Total*** | $30.59 |
| **Gross Shares Purchased** | 169 |
| **Net Shares Retained** | 105 |
| **Net Funds Expended** | $532.64 |

**Quintessa Huey - Account 7**

| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 05-08-2023 | 64 | 8.25 | $ 528.00 | 06-09-2023 | 64 | | $ 09.64 | $ 616.96 | - | - | - | $ 05.63 | | -$ 88.96 | -$ 88.96 | - |
| 10-12-2023 | 105 | 5.92 | $ 621.60 | | | | | | - | 105 | 105 | $ 05.63 | $ 591.01 | $ 30.59 | $ 30.59 | $ 30.59 |
| **Total:** | **169** | | **$1,149.60** | | **64** | | | **$616.96** | | **105** | **105** | | **$591.01** | **($58.37)** | **($58.37)** | **$30.59** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $27.53 |
| **DURA LIFO* Total** | $0.00 |
| ***DURALIFO** Total*** | $0.00 |
| **Gross Shares Purchased** | 84 |
| **Net Shares Retained** | 0 |
| **Net Funds Expended** | $27.53 |

**Quintessa Huey - Account 8**

| **Purchases** | **Sales** | **Retained** | **Losses** |
|---|---|---|---|

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-21-2023 | 84 | 10 | $ 840.00 | 06-09-2023 | 84 | | $ 09.67 | $ 812.47 | - | - | - | $ 05.63 | | $ 27.53 | | - |
| **Total:** | **84** | | **$840.00** | | **84** | | | **$812.47** | | | | | | **$27.53** | | |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $2,405.33 |
| **DURA LIFO* Total** | ($384.67) |
| ***DURALIFO** Total*** | $0.00 |
| **Gross Shares Purchased** | 1,769 |
| **Net Shares Retained** | 0 |
| **Net Funds Expended** | $2,405.33 |

| **Quintessa Huey - Account 9** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 05-08-2023 | 269 | 8.25 | $ 2,219.25 | 06-09-2023 | 269 | | $ 09.68 | $ 2,603.92 | - | - | - | $ 05.63 | | -$ 384.67 | -$ 384.67 | - |
| 06-28-2023 | 1500 | 8 | $ 12,000.00 | 10-03-2023 | 1500 | | $ 06.14 | $ 9,210.00 | - | - | - | $ 05.63 | | $ 2,790.00 | | - |
| **Total:** | **1,769** | | **$14,219.25** | | **1,769** | | | **$11,813.92** | | | | | | **$2,405.33** | **($384.67)** | |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $4,354.34 |
| **DURA LIFO* Total** | $4,354.34 |
| ***DURALIFO** Total*** | $5,198.90 |
| **Gross Shares Purchased** | 2,880 |
| **Net Shares Retained** | 2,268 |
| **Net Funds Expended** | $17,120.21 |

| **Quintessa Huey - Account 10** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 03-30-2023 | 727 | 8.25 | $ 5,997.75 | | | | | | - | 727 | 727 | $ 05.63 | $ 4,092.06 | $ 1,905.69 | $ 1,905.69 | $ 1,905.69 |
| 05-08-2023 | 612 | 8.25 | $ 5,049.00 | 06-09-2023 | 612 | | $ 09.63 | $ 5,893.56 | - | - | - | $ 05.63 | | -$ 844.56 | -$ 844.56 | - |
| 06-16-2023 | 668 | 8.83 | $ 5,898.44 | | | | | | - | 668 | 668 | $ 05.63 | $ 3,759.96 | $ 2,138.48 | $ 2,138.48 | $ 2,138.48 |
| 07-20-2023 | 10 | 7.9999 | $ 80.00 | | | | | | - | 10 | 10 | $ 05.63 | $ 56.29 | $ 23.71 | $ 23.71 | $ 23.71 |
| 10-12-2023 | 9 | 5.92 | $ 53.28 | | | | | | - | 9 | 9 | $ 05.63 | $ 50.66 | $ 02.62 | $ 02.62 | $ 02.62 |
| 11-21-2023 | 854 | 6.95 | $ 5,935.30 | | | | | | - | 854 | 854 | $ 05.63 | $ 4,806.90 | $ 1,128.40 | $ 1,128.40 | $ 1,128.40 |
| **Total:** | **2,880** | | **$23,013.77** | | **612** | | | **$5,893.56** | | **2,268** | **2,268** | | **$12,765.87** | **$4,354.34** | **$4,354.34** | **$5,198.90** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $12,070.84 |
| **DURA LIFO* Total** | $12,070.84 |
| ***DURALIFO** Total*** | $18,185.28 |
| **Gross Shares Purchased** | 13,269 |
| **Net Shares Retained** | 7,918 |
| **Net Funds Expended** | $56,638.80 |

| **Quintessa Huey - Account 11** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Purchases** | | | | **Sales** | | | | | | **Retained** | | | | **Losses** | | |
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** | **DURA LIFO**** |
| 12-01-2022 | 400 | 8.869 | $ 3,547.60 | 06-09-2023 | 400 | | $ 09.63 | $ 3,852.00 | - | - | - | $ 05.63 | | -$ 304.40 | -$ 304.40 | - |
| 12-01-2022 | 1650 | 8.87 | $ 14,635.50 | 06-09-2023 | 1650 | | $ 09.63 | $ 15,889.50 | - | - | - | $ 05.63 | | -$ 1,254.00 | -$ 1,254.00 | - |
| 05-08-2023 | 3300 | 8.25 | $ 27,225.00 | 06-09-2023 | 3300 | | $ 09.63 | $ 31,779.00 | - | - | - | $ 05.63 | | -$ 4,554.00 | -$ 4,554.00 | - |
| 06-28-2023 | 7162 | 8 | $ 57,296.00 | | | | | | - | 7162 | 7162 | $ 05.63 | $ 40,312.67 | $ 16,983.33 | $ 16,983.33 | $ 16,983.33 |
| 07-20-2023 | 14 | 8 | $ 112.00 | | | | | | - | 14 | 14 | $ 05.63 | $ 78.80 | $ 33.20 | $ 33.20 | $ 33.20 |
| 09-18-2023 | 340 | 7.51 | $ 2,553.40 | | | | | | - | 340 | 340 | $ 05.63 | $ 1,913.75 | $ 639.65 | $ 639.65 | $ 639.65 |
| 10-12-2023 | 2 | 5.92 | $ 11.84 | | | | | | - | 2 | 2 | $ 05.63 | $ 11.26 | $ 00.58 | $ 00.58 | $ 00.58 |
| 11-21-2023 | 400 | 6.95 | $ 2,780.00 | | | | | | - | 400 | 400 | $ 05.63 | $ 2,251.48 | $ 528.52 | $ 528.52 | $ 528.52 |
| 12-08-2023 | 1 | 7.96 | $ 07.96 | 12-28-2023 | 1 | | $ 10.00 | $ 10.00 | - | - | - | $ 05.63 | | -$ 02.04 | -$ 02.04 | - |
| **Total:** | **13,269** | | **$108,169.30** | | **5,351** | | | **$51,530.50** | | **7,918** | **7,918** | | **$44,567.96** | **$12,070.84** | **$12,070.84** | **$18,185.28** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $15,851.29 |
| **DURA LIFO* Total** | $15,851.29 |
| ***DURALIFO** Total*** | $16,878.78 |

| | |
|---|---|
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| | |
|---|---|
| **Gross Shares Purchased** | 13,453 |
| **Net Shares Retained** | 12,623 |
| **Net Funds Expended** | $86,902.23 |

**Quintessa Huey - Account 12**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold Duri | Shares Sold Duri | Price Per Share2 | Proceeds from C | Proceeds from L | Shares Retaine | Shares Retai | Per Share V | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 02-01-2022 | 60 | 12.83 | $ 769.80 | 02-10-2022 | 60 | | $ 13.00 | $ 780.00 | - | - | - | $ 05.63 | | -$ 10.20 | -$ 10.20 | -$ 10.20 |
| 02-10-2022 | 500 | 11.5 | $ 5,750.00 | 02-10-2022 | 500 | | $ 13.00 | $ 6,500.00 | - | - | - | $ 05.63 | | -$ 750.00 | -$ 750.00 | - |
| 12-01-2022 | 158 | 8.8496 | $ 1,398.24 | 06-09-2023 | 158 | | $ 09.64 | $ 1,522.63 | - | - | - | $ 05.63 | | -$ 124.39 | -$ 124.39 | - |
| 03-30-2023 | 112 | 8.27 | $ 926.24 | 06-09-2023 | 112 | | $ 09.64 | $ 1,079.33 | - | - | - | $ 05.63 | | -$ 153.09 | -$ 153.09 | - |
| 07-06-2023 | 340 | 7.8 | $ 2,652.00 | | | | | | - | 340 | 340 | $ 05.63 | $ 1,913.75 | $ 738.25 | $ 738.25 | $ 738.25 |
| 09-14-2023 | 1397 | 7.6 | $ 10,617.20 | | | | | | - | 1397 | 1397 | $ 05.63 | $ 7,863.28 | $ 2,753.92 | $ 2,753.92 | $ 2,753.92 |
| 10-12-2023 | 744 | 5.92 | $ 4,404.48 | | | | | | - | 744 | 744 | $ 05.63 | $ 4,187.74 | $ 216.74 | $ 216.74 | $ 216.74 |
| 11-20-2023 | 1142 | 6.9272 | $ 7,910.86 | | | | | | - | 1142 | 1142 | $ 05.63 | $ 6,427.96 | $ 1,482.90 | $ 1,482.90 | $ 1,482.90 |
| 11-20-2023 | 267 | 6.93 | $ 1,850.31 | | | | | | - | 267 | 267 | $ 05.63 | $ 1,502.86 | $ 347.45 | $ 347.45 | $ 347.45 |
| 11-20-2023 | 800 | 6.94 | $ 5,552.00 | | | | | | - | 800 | 800 | $ 05.63 | $ 4,502.95 | $ 1,049.05 | $ 1,049.05 | $ 1,049.05 |
| 11-20-2023 | 2933 | 6.945 | $ 20,369.69 | | | | | | - | 2933 | 2933 | $ 05.63 | $ 16,508.94 | $ 3,860.74 | $ 3,860.74 | $ 3,860.74 |
| 11-20-2023 | 1 | 6.906 | $ 06.91 | | | | | | - | 1 | 1 | $ 05.63 | $ 05.63 | $ 01.28 | $ 01.28 | $ 01.28 |
| 11-20-2023 | 30 | 6.9 | $ 207.00 | | | | | | - | 30 | 30 | $ 05.63 | $ 168.86 | $ 38.14 | $ 38.14 | $ 38.14 |
| 11-20-2023 | 299 | 6.907 | $ 2,065.19 | | | | | | - | 299 | 299 | $ 05.63 | $ 1,682.98 | $ 382.22 | $ 382.22 | $ 382.22 |
| 11-20-2023 | 1212 | 6.91 | $ 8,374.92 | | | | | | - | 1212 | 1212 | $ 05.63 | $ 6,821.97 | $ 1,552.95 | $ 1,552.95 | $ 1,552.95 |
| 11-20-2023 | 3458 | 6.92 | $ 23,929.36 | | | | | | - | 3458 | 3458 | $ 05.63 | $ 19,464.00 | $ 4,465.36 | $ 4,465.36 | $ 4,465.36 |
| **Total:** | **13,453** | | **$96,784.19** | | **830** | | | **$9,881.96** | | **12,623** | **12,623** | | **$71,050.94** | **$15,851.29** | **$15,851.29** | **$16,878.78** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $4,745.24 |
| **DURA LIFO* Total** | $4,745.24 |
| ***DURALIFO** Total*** | $4,745.24 |
| **Gross Shares Purchased** | 2,009 |
| **Net Shares Retained** | 2,009 |
| **Net Funds Expended** | $16,053.28 |

**Quintessa Huey - Account 13**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 07-20-2023 | 726 | 8 | $ 5,808.00 | | | | | | - | 726 | 726 | $ 05.63 | $ 4,086.43 | $ 1,721.57 | $ 1,721.57 | $ 1,721.57 |
| 07-20-2023 | 1274 | 8 | $ 10,192.00 | | | | | | - | 1274 | 1274 | $ 05.63 | $ 7,170.95 | $ 3,021.05 | $ 3,021.05 | $ 3,021.05 |
| 10-12-2023 | 9 | 5.92 | $ 53.28 | | | | | | - | 9 | 9 | $ 05.63 | $ 50.66 | $ 02.62 | $ 02.62 | $ 02.62 |
| **Total:** | **2,009** | | **$16,053.28** | | | | | | | **2,009** | **2,009** | | **$11,308.04** | **$4,745.24** | **$4,745.24** | **$4,745.24** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $2,601.91 |
| **DURA LIFO* Total** | $2,601.91 |
| ***DURALIFO** Total*** | $3,670.56 |
| **Gross Shares Purchased** | 2,638 |
| **Net Shares Retained** | 1,901 |
| **Net Funds Expended** | $13,302.05 |

**Quintessa Huey - Account 14**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 05-08-2023 | 737 | 8.25 | $ 6,080.25 | 06-09-2023 | 737 | | $ 09.70 | $ 7,148.90 | - | - | - | $ 05.63 | | -$ 1,068.65 | -$ 1,068.65 | - |
| 06-28-2023 | 1250 | 8 | $ 10,000.00 | | | | | | - | 1250 | 1250 | $ 05.63 | $ 7,035.86 | $ 2,964.14 | $ 2,964.14 | $ 2,964.14 |
| 10-12-2023 | 163 | 5.92 | $ 964.96 | | | | | | - | 163 | 163 | $ 05.63 | $ 917.48 | $ 47.48 | $ 47.48 | $ 47.48 |
| 11-20-2023 | 474 | 6.95 | $ 3,294.30 | | | | | | - | 474 | 474 | $ 05.63 | $ 2,668.00 | $ 626.30 | $ 626.30 | $ 626.30 |
| 12-08-2023 | 14 | 7.96 | $ 111.44 | | | | | | - | 14 | 14 | $ 05.63 | $ 78.80 | $ 32.64 | $ 32.64 | $ 32.64 |
| **Total:** | **2,638** | | **$20,450.95** | | **737** | | | **$7,148.90** | | **1,901** | **1,901** | | **$10,700.14** | **$2,601.91** | **$2,601.91** | **$3,670.56** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| **SUMMARY OF FINANCIAL INTEREST** | |
|---|---|
| **LIFO Loss Total** | $3,323.82 |
| **DURA LIFO* Total** | $3,323.82 |
| ***DURALIFO** Total*** | $3,340.86 |
| **Gross Shares Purchased** | 2,210 |
| **Net Shares Retained** | 2,198 |
| **Net Funds Expended** | $15,695.68 |

**Quintessa Huey - Account 15**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 05-08-2023 | 12 | 8.25 | $ 99.00 | 06-09-2023 | 12 | | $ 09.67 | $ 116.04 | - | - | - | $ 05.63 | | -$ 17.04 | -$ 17.04 | - |
| 08-24-2023 | 750 | 8 | $ 6,000.00 | | | | | | - | 750 | 750 | $ 05.63 | $ 4,221.52 | $ 1,778.48 | $ 1,778.48 | $ 1,778.48 |
| 10-12-2023 | 372 | 5.92 | $ 2,202.24 | | | | | | - | 372 | 372 | $ 05.63 | $ 2,093.87 | $ 108.37 | $ 108.37 | $ 108.37 |
| 11-20-2023 | 1076 | 6.98 | $ 7,510.48 | | | | | | - | 1076 | 1076 | $ 05.63 | $ 6,056.47 | $ 1,454.01 | $ 1,454.01 | $ 1,454.01 |
| **Total:** | **2,210** | | **$15,811.72** | | **12** | | | **$116.04** | | **2,198** | **2,198** | | **$12,371.86** | **$3,323.82** | **$3,323.82** | **$3,340.86** |

| | |
|---|---|
| **Client Name** | Quintessa Huey |
| **Company Name** | Anavex Life Sciences Corporation |
| **Ticker Symbol** | AVXL |
| **Security Type** | |
| **Class Period Start** | 02-01-2022 |
| **Class Period End** | 01-01-2024 |
| **90-DAY Lookback Period Start** | 01-02-2024 |
| **90-DAY Lookback Period End** | 03-31-2024 |
| **90-DAY Lookback Average** | $ 05.63 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $43,894.83 |
| **DURA LIFO* Total** | $43,894.83 |
| ***DURALIFO** Total*** | $43,894.83 |
| **Gross Shares Purchased** | 19,252 |
| **Net Shares Retained** | 19,252 |
| **Net Funds Expended** | $152,258.34 |

**Quintessa Huey - Account 16**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 03-10-2023 | 600 | 8.5899 | $ 5,153.94 | | | | | | - | 600 | 600 | $ 05.63 | $ 3,377.21 | $ 1,776.73 | $ 1,776.73 | $ 1,776.73 |
| 03-10-2023 | 600 | 8.5801 | $ 5,148.06 | | | | | | - | 600 | 600 | $ 05.63 | $ 3,377.21 | $ 1,770.85 | $ 1,770.85 | $ 1,770.85 |
| 03-10-2023 | 4600 | 8.585 | $ 39,491.00 | | | | | | - | 4600 | 4600 | $ 05.63 | $ 25,891.97 | $ 13,599.03 | $ 13,599.03 | $ 13,599.03 |
| 05-08-2023 | 6060 | 8.25 | $ 49,995.00 | | | | | | - | 6060 | 6060 | $ 05.63 | $ 34,109.85 | $ 15,885.15 | $ 15,885.15 | $ 15,885.15 |
| 07-20-2023 | 3518 | 8 | $ 28,144.00 | | | | | | - | 3518 | 3518 | $ 05.63 | $ 19,801.73 | $ 8,342.27 | $ 8,342.27 | $ 8,342.27 |
| 09-19-2023 | 721 | 7 | $ 5,047.00 | | | | | | - | 721 | 721 | $ 05.63 | $ 4,058.28 | $ 988.72 | $ 988.72 | $ 988.72 |
| 10-12-2023 | 2563 | 5.92 | $ 15,172.96 | | | | | | - | 2563 | 2563 | $ 05.63 | $ 14,426.33 | $ 746.63 | $ 746.63 | $ 746.63 |
| 11-20-2023 | 76 | 6.9598 | $ 528.94 | | | | | | - | 76 | 76 | $ 05.63 | $ 427.78 | $ 101.16 | $ 101.16 | $ 101.16 |
| 11-20-2023 | 514 | 6.96 | $ 3,577.44 | | | | | | - | 514 | 514 | $ 05.63 | $ 2,893.15 | $ 684.29 | $ 684.29 | $ 684.29 |
| **Total:** | **19,252** | | **$152,258.34** | | | | | | | **19,252** | **19,252** | | **$108,363.51** | **$43,894.83** | **$43,894.83** | **$43,894.83** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| **LIFO Loss Total** | $123,030.15 |
| **DURALIFO* Total** | $120,212.63 |
| ***DURALIFO** Total*** | $131,381.89 |
| **Gross Shares Purchased** | 74,707 |
| **Net Shares Retained** | 64,197 |
| **Net Funds Expended** | $484,856.21 |

***Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)***

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.
** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.