# EXHIBIT C



**Source:** Levi & Korsinsky, LLP

March 13, 2024 18:22 ET

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Anavex Life Sciences Corporation Stock and Sets a Lead Plaintiff Deadline of May 13, 2024

NEW YORK, March 13, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired stock of Anavex Life Sciences Corporation ("Anavex" or the "Company") (NASDAQ: AVXL) between February 1, 2022 and January 1, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Jonathan Blum v. Anavex Life Sciences Corporation, et al.* (Case No. 1:24-cv-01910) has been commenced in the United States District Court for the Southern District of New York. To get more information **go to:**

https://zlk.com/pslra-1/anavex-life-sciences-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

The complaint alleges that on December 2, 2022, AVXL announced positive topline results from its Phase 2b/3 ANAVEX®2-73-AD-004 clinical trial of oral ANAVEX®2-73 (blarcamesine) for the treatment of mild cognitive impairment (MCI) due to Alzheimer's disease (AD) and mild AD (collectively known as early AD). ANAVEX®2-73 met the primary endpoints ADAS-Cog1 and ADCS-ADL2 and key secondary endpoint CDR-SB3 with statistically significant results. An analyst questioned the Company's claim noting "there are several key factors that point us to believe the data is provocative, but not yet compelling, given the choice of statistical analyses and other trial design/conduct 'complexifiers'." Additionally, a biotech journalist commented on AVXL's findings stating "[w]hat sets Anavex apart from all the other biotechs on my radar screen is its habit of shifting the goalposts on clinical trials…Anavex announced "positive" outcomes from studies of its drug called blarcamesine — except the results were derived from efficacy endpoints that were not part of the original study designs."

Following this news, AVXL's stock price fell by $2.47 per share, or approximately 20% to close at $9.58.

Further on January 3, 2024, AVXL announced that results from its Phase 2/3 EXCELLENCE clinical trial for its candidate ANAVEX®2-73 in pediatric patients with Rett syndrome failed to show statistical significance towards its primary endpoints. Biotech analysts commented that "the negative study outcome was never in doubt…Anavex is a serial dissembler of clinical trial results."

Following this news, AVXL's stock price fell by $3.26 per share, or approximately 35%.

**If you suffered a loss in AVXL stock, you have until May 13, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead

plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com