# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BLUM, Individually and on behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>v.<br><br>ANAVEX LIFE SCIENCES CORPORATION and CHRISTOPHER U. MISSLING,<br><br>   Defendants. | Case No.: 1:24-cv-01910-CM<br><br>Hon. Colleen McMahon |

## DECLARATION OF QUINTESSA HUEY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Quintessa Huey, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Anavex Life Sciences Corporation ("Anavex" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I currently reside in outside Seattle, Washington. I attended college at the University of California, Santa Cruz, but did not graduate. Instead, I began my career at a regional bank before taking a position with the U.S. Postal Service. I spent 10 years working for the Postal Service ultimately earning the title of Post Master Secretary. Since then, I have spent the majority of my time investing in real estate. I have owned several portfolios ranging in size, including multifamily units as well as entire developments. Through my real estate portfolios, I have gained significant experience with litigation. I was involved in a lengthy lawsuit arising from Hurricane Katrina that involved multiple lawyers, insurance companies, and various court proceedings (including a trial and bankruptcy proceedings). Since then, I have focused on managing my family's investment portfolio. I purchased the Anavex stock at issue in this lawsuit both for myself

individually as well as my family members. My family members have assigned their claims in this lawsuit to me.

3. I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my family's significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4. Prior to seeking appointment as lead plaintiff in the Action, I communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

5. I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6. After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: May 13, 2024

Signed: *Quintessa Huey*
Quintessa Huey (May 13, 2024 10:59 PDT)

Name: Quintessa Huey