**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

QUINTESSA HUEY, Individually and on behalf
of All Others Similarly Situated,

                                        Case No. 1:24-cv-01910-CM

                Plaintiff,

 -vs.-

ANAVEX LIFE SCIENCES CORPORATION
and CHRISTOPHER U. MISSLING,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, the Declaration of Stephen G. Topetzes and accompanying exhibits, and all other papers and proceedings herein, Defendants Anavex Life Sciences Corporation and Chistopher U. Missling (together "Defendants") will move this Court, before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order dismissing the Amended Complaint (Dkt. No. 34) with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The basis for the motion is set forth in the accompanying memorandum of law.

Dated:  August 23, 2024                    Respectfully submitted,


                                           /s/ Stephen G. Topetzes
                                           Theodore L. Kornobis
                                           Stephen G. Topetzes
                                           **K&L Gates LLP**
                                           1601 K Street NW
                                           Washington, DC 20006-1600
                                           Phone: (202) 778-9000
                                           Email: ted.kornobis@klgates.com
                                                   stephen.topetzes@klgates.com

                                           *Attorneys for Defendant Anavex Life Sciences*
                                           *Corporation and Christopher U. Missling*