**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
QUINTESSA HUEY, Individually and on
Behalf of All Other Similarly Situated,

                           Plaintiff,

    -against-                                    24 **CIVIL** 1910 (CM)

                                                  **<u>JUDGMENT</u>**

ANAVEX LIFE SCIENCES CORPORATION
and CHRISTOPHER U. MISSLING,

                           Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated June 18, 2025, Defendants' Motion to Dismiss the Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      June 20, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                  **BY:**

                                                                     **Deputy Clerk**