# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

QUINTESSA HUEY, Individually and on Behalf of

All Other Similarly Situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

ANAVEX LIFE SCIENCES CORPORATION and

CHRISTOPHER U. MISSLING,

(List the full name(s) of the defendant(s)/respondent(s).)

___24__ CV__01910__ ( CM  )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   Lead Plaintiff Quintessa Huey, Individually

and on Behalf of All Other Similarly Situated,

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the         ☒ judgment      ☒ order      entered on:           June 18 and 20, 2025

(date that judgment or order was entered on docket)

that:

dismissed Lead Plaintiff's amended complaint with prejudice for failure to adequately

plead the element of "loss causation" under Federal Rule of Civil Procedure 12(b)(6).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 17, 2025

Dated

Signature[*]

Apton, Adam M.

Name (Last, First, MI)

33 Whitehall Street, 27th Floor, New York, New York 10004

Address                          City                    State                         Zip Code

(212) 363-7500

Telephone Number

aapton@zlk.com

E-mail Address (if available)

[*] Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13