**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2026

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand twenty-six.

Before:     Dennis Jacobs,
            Guido Calabresi,
            Alison J. Nathan,
                *Circuit Judges.*

_____

Quintessa Huey,

      Plaintiff - Appellant,

Jonathan Blum, individually and on behalf of all others similarly situated,

      Plaintiff,

  v.

Anavex Life Sciences Corporation, Christopher U. Missling,

      Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 25-1752

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 07/20/2026**